IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02669-LTB-GPG

PAMELA C. KERSTEN,

    Plaintiff,

v.

LARIMER COUNTY, COLORADO,
MAGISTRATE MATTHEW ZEHE,
JEANNIE BRUENNING,
JEFFREY BRUENNING,
RAUN BRUENNING,
MEGAN BRUENNING,
AUSTYN FORD,
BRIAN FORD,
KIRK WAIBLE, Attorney,
KATHRYN LEES, Court Family Investigator,
JOHNNY MARTINEZ, San Luis Obispo County Juvenile Services Center,
NICHOLE EVANS, Probation Officer Larimer County, and
PLATTE VALLEY YOUTH SERVICES,

    Defendants.

## ORDER

This matter is before the Court on the document titled "Response and Objection to (ECF No. 13) to Obtain Reconsideration by the District Judge" (ECF No. 14) filed by Plaintiff on December 11, 2019. The Response and Objection will be denied for the following reasons.

Plaintiff initiated this action on September 18, 2019 by filing a Civil Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or

1

Costs (ECF No. 2). In response to an Order Directing Plaintiff to Cure Deficiencies (ECF No. 4), Plaintiff submitted, on September 25, 2019, a Complaint (ECF No. 5) on the Court-approved form. On October 1, 2019, the Court granted Plaintiff leave to proceed *in forma pauperis*. (ECF No. 8).

On October 8, 2019, the Court entered an Order Directing Plaintiff to File an Amended Complaint (ECF No. 9). The time to comply expired on November 8, 2019.

On November 14, 2019, the matter was assigned to Senior Judge Lewis T. Babcock pursuant to D.C.COLO.LCivR 8.1. (ECF No. 10). The matter was referred to Magistrate Judge Gordon P. Gallagher on November 15, 2019. (ECF No. 11). On November 20, 2019, Magistrate Judge Gallagher entered a Recommendation of United States Magistrate Judge (ECF No. 13) recommending that the Complaint filed on September 25, 2019 be dismissed. Magistrate Judge Gallaher was unaware that on the same day, the Clerk of the Court entered on the docket an Amended Complaint (ECF No. 12), which had been submitted by Plaintiff to the Court on November 14, 2019.

On December 5, 2019, the deadline to file written objections to the Recommendation expired. On December 12, 2019, the Court found that no timely objection to the Recommendation had been filed and Plaintiff was barred from de novo review. (ECF No. 15). The Court further accepted and adopted the Recommendation and dismissed the Complaint (ECF No. 5) and the action. The same day the action was dismissed, the Clerk of the Court entered Plaintiff's Response and Objection (ECF No. 14), which was time-stamped as filed on December 11, 2019.

First, the Amended Complaint (ECF No. 12) that was filed on November 14, 2019, and entered on the docket on November 20, 2019, was untimely. Plaintiff was directed in the October 8, 2019 order to amend file an amended pleading within thirty days, or on or before November 8, 2019. Thus, even if the Amended Complaint had been entered on the docket on November 14, 2019, the same day it had been submitted by Plaintiff to the Court, it was filed six days after the deadline to comply had expired.

Similarly, the Response and Objection filed on December 11, 2019 also was untimely. The Recommendation provided that any written objections had to be filed within 14 days, or on or before December 5, 2019. Again, the Response and Objection was filed six days after this deadline.

Moreover, even if the Court accepts the Amended Complaint (ECF No. 12) as timely filed, the deficiencies identified in the Recommendation of United States Magistrate Judge (ECF No. 13) remain: (1) the Court lacks jurisdiction over the action because there is not complete diversity among the parties; and (2) the claims asserted pursuant to 42 U.S.C. § 1983 cannot be brought against non-state actors, are subject to dismissal under the *Rooker-Feldman* and/or *Younger* abstention doctrines, and are barred by judicial or quasi-judicial immunity.

Accordingly, it is

ORDERED that Plaintiff's "Response and Objection to (ECF No. 13) to Obtain Reconsideration by the District Judge" (ECF No. 14) is DENIED.

DATED at Denver, Colorado, this   20th   day of   December  , 2019.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court